No. 575. ABERNATHY ET AL. v. ALABAMA. Court of Appeals of Alabama. Certiorari granted. MR. JUSTICE BLACK and MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Fred D. Gray, Louis H. Pollak* and *Charles S. Conley* for petitioners. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondent.

No. 610. FIBREBOARD PAPER PRODUCTS CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted limited to Questions 1 and 3 presented by the petition which read as follows:

"1. Was Petitioner required by the National Labor Relations Act to bargain with a union representing some of its employees about whether to let to an independent contractor for legitimate business reasons the performance of certain operations in which those employees had been engaged?

"3. Was the Board, in a case involving only a refusal to bargain, empowered to order the resumption of operations which had been discontinued for legitimate business reasons and reinstatement with back pay of the individuals formerly employed therein?"

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Marion B. Plant* and *Gerard D. Reilly* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.